UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERROLD BELL,<br><br>  Plaintiff,<br><br> v.<br><br> MORNING STAR BOY'S RANCH, INC., et al.,<br><br>  Defendants. | NO:  10-CV-0165-TOR<br><br>ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL |

Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice (ECF No. 26). The stipulation was heard without oral argument.

The parties have reached an agreement in which all claims and causes of action by Plaintiff against Defendants should be dismissed with prejudice and without costs or attorney fees.

///

///

///

ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL ~ 1

Accordingly, IT IS HEREBY ORDERED:

The parties' Stipulation for Order of Dismissal with Prejudice (ECF No. 26) is **GRANTED**. The Complaint is dismissed with prejudice and without costs or attorney fees.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 15th day of June, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL ~ 2